The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BOOTH FISHERIES CO., *et al.*,<br>　　　　　　Defendants; | 2:19-mc-00077 RSL<br><br><br>Equity No. 146-E |
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SEATTLE PRODUCE ASSOCIATION, *et al.*,<br>　　　　　　Defendants; | Equity No. 410 |
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NORTHWEST SHOE FINDERS CREDIT BUREAU, *et al.*,<br>　　　　　　Defendants; | Equity No. 579 |

Order Terminating Final Judgments - 1

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>WASHINGTON WHOLESALE GROCERS ASSOCIATION, *et al.*,<br>Defendants; | Civil Action No. 538 |
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>WASHINGTON WHOLESALE TOBACCO & CANDY DISTRIBUTORS, INC., *et al.*,<br>Defendants; | Civil Action No. 570 |
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SEATTLE FISH EXCHANGE, INC., *et al.*,<br>Defendants; | Civil Action No. 612 |
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>NORTH COAST TRANSPORTATION COMPANY, *et al.*,<br>Defendants; | Civil Action No. 1675 |

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>WESTERN FARMERS ASSOCIATION,<br>　　　　　　　　Defendant; | Civil Action No. 8150 |
| UNITED STATES OF AMERICA,<br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ARDEN-MAYFAIR, INC., *et al.*,<br>　　　　　　　　Defendants; | Civil Action No. 189-71C2 |
| UNITED STATES OF AMERICA,<br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>NORTHWEST COLLISION CONSULTANTS,<br>　　　　　　　　Defendant. | Case No. C75-837V |
| UNITED STATES OF AMERICA,<br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>NORTHERN PACIFIC RAILWAY CO., *et al.*<br>　　　　　　　　Defendants. | Civil Action No. 2277 |

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

//

//

## ORDER TERMINATING FINAL JUDGMENTS

The Court having received the motion of plaintiff United States of America for termination of the final judgments entered in the above-captioned cases, and the Court having considered all papers filed in connection with this motion, and the Court finding that it is appropriate to terminate the final judgments, it is

**ORDERED, ADJUDGED, AND DECREED:**

That said final judgments are hereby terminated.

Dated this 2nd day of July, 2019.

*/s/ Robert S. Lasnik*
The Honorable Robert S. Lasnik
United States District Judge
Western District of Washington

Presented by:

BRIAN T. MORAN
United States Attorney

s/ Sarah K. Morehead
SARAH K. MOREHEAD, WSBA No. 29680
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
E-mail: sarah.morehead@usdoj.gov

s/ Don P. Amlin
DON P. AMLIN, DC Bar No. 978349
Trial Attorney
Antitrust Division
United States Department of Justice
450 Fifth St, NW; Suite 8010
Washington, DC 20530
Phone: (202) 598-8180
Email: don.amlin@usdoj.gov